IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUST A HONKY TONK, L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-717 ) ) |
| SUSAN OELZE, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for a Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion for a Preliminary Injunction is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 16, 2025

1